UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | |
| | **CHAPTER 7** |
| **DREAM RECOVERY INTERNATIONAL, LLC** | **CASE NO. 16-16068-BKC-JKO** |
| **DREAM INTERNATIONAL HOLDINGS, LLC** | **CASE NO. 16-16073-BKC-JKO** |
| **FIREBIRD RENEWAL, LLC** | **CASE NO. 16-16074-BKC-JKO** |
| Debtors. | (Jointly Administered Under 16-16068-BKC-JKO) |
| _____/ | |
| **CHAD S. PAIVA, as Chapter 7 Trustee** for the jointly administered estates of the Debtors, Dream Recovery International, LLC, Dream International Holdings, LLC, and Firebird Renewal, LLC, | **ADV. PROC. NO. 18-01137-BKC-JKO** |
| Plaintiff, | |
| v. | |
| **CALM TRUST, LLC,** a Florida limited Liability company and **MICHAEL LOHAN,** individually, | |
| Defendants. | |
| _____/ | |

**PLAINTIFF, CHAD S. PAIVA, CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
DISCOVERY RESPONSES FROM DEFENDANT, MICHAEL LOHAN**

Plaintiff, Chad S. Paiva ("Plaintiff" or "Trustee"), as Chapter 7 Trustee for the Debtors, Dream Recovery International, LLC ("DRI"), Dream International Holdings, LLC ("DIH") (collectively, the "Dream Debtors") and Firebird Renewal, LLC ("Firebird") (the "Debtors"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 34 and 37, incorporated by Federal Rules of Bankruptcy Procedure 7034 and 7037, files this Motion to Compel Discovery Responses From Defendant, Michael Lohan (the "Motion") and in support thereof the Plaintiff states, as follows:

1. On April 17, 2016 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief on behalf of their respective bankruptcy estates (the "Estates") under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Cases").

2. The Bankruptcy Cases were jointly administered pursuant to this Court's Order dated May 6, 2016 [Main Case "MC" ECF No. 12].

3. On April 11, 2018, Plaintiff filed the Adversary Complaint to Avoid and Recover Fraudulent Transfers and for Other Relief [ECF No. 1] (the "Complaint") against the Defendants, Michael Lohan ("Lohan" or "Defendant") and Calm Trust, LLC ("Calm Trust").

4. On April 12, 2018, the Court issued the *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* [ECF No. 2] ("Summons") and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 3] (the "Pretrial Order").

5. On June 4, 2018, Lohan filed his *Motion for Extension of Time to File a Responsive Pleading* [ECF No. 6].

6. On June 24, 2018, Plaintiff filed the *Agreed Ex Parte Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 8].

7. On June 25, 2018, the Court entered the *Agreed Order Granting Defendant's Motion for Extension of Time to File a Responsive Pleading* [ECF No. 9].

8. On June 28, 2018, the Court entered the *Order Granting Agreed Ex Parte Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 11].

9. On July 4, 2018, Lohan filed his Answer and Affirmative Defenses [ECF No. 14].

10. On July 31, 2018, Plaintiff served his First Request for Production of Documents and First Set of Interrogatories on Lohan (the "Outstanding Discovery").

11.  Accordingly, Lohan's discovery responses were due on or about August 30, 2018. *See* Fed. R. Bank. P. 7034(b)(2)(A); 7033(b)(2).

12.  Due to potential settlement negotiations, Plaintiff filed the *Second Agreed Ex Parte Motion to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 18], which this Court granted through its September 26, 2018 Order [ECF No. 19].

13.  Meanwhile, on December 3, 2018, former counsel for Lohan, Elias Dsouza, Esq. ("Attorney Dsouza") filed his *Motion to Withdraw as Counsel for Defendants and Incorporated Memorandum of Law in Support* [ECF No. 25].

14.  On December 20, 2018, in light of the Motion to Withdraw and the Outstanding Discovery, Plaintiff filed the *Third Agreed Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 28].

15.  On December 21, 2018, the Court entered the *Order Granting Third Agreed Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue the Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 29].

16.  On February 7, 2019, the Court entered the *Order Granting Motion to Withdraw as Counsel for Defendants* [ECF No. 32] ("Order Granting Withdrawal") and ordered Lohan and Calm Trust to retain new counsel within twenty-one (21) days or by February 27, 2019. Otherwise, Lohan would proceed *pro se* in this matter.

17.  Moreover, on February 7, 2019, the Court also entered the *Agreed Order Granting Defendants' Second Motion for Extension of Time to Respond to Discovery* [ECF No. 33], extending the discovery deadline until March 11, 2019.

18.  Additionally, on February 7, 2019, the Court issued a Re-Notice of Pretrial Conference, rescheduling the pretrial conference for April 10, 2019 [ECF No. 34].

19. Thereafter, on March 13, 2019, Plaintiff filed the *Third[1] Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 41].

20. On March 15, 2019, the Court entered the *Order Granting the Third Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 42].

21. On July 24, 2019, Plaintiff filed the Fifth Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. 48].

22. On July 25, 2019, the Court entered the Order Granting the Fifth Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines [ECF No. 49].

23. On September 24, 2019, Plaintiff filed the *Sixth Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 52]. And, on September 26, 2019, the Court entered the *Order Granting Sixth Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines* [ECF No. 53], wherein the pretrial conference was continued to December 18, 2019.

24. On October 22, 2019, the Court entered a Re-Notice of Hearing [ECF No. 56], rescheduling the pretrial conference to January 22, 2020 at 9:30 a.m. (the "Pretrial Conference").

25. To date, no new attorney has filed an appearance on behalf Lohan in this Adversary Proceeding nor has counsel contacted the undersigned with respect to representing the

---

[1] This Motion was incorrectly titled the Third Ex Parte Motion. As the original Third Ex Parte Motion was previously filed on December 20, 2018, this Motion should have been titled the *Fourth Ex Parte Motion by Chapter 7 Trustee, Chad S. Paiva, to Continue Pretrial Conference and Extend Related Pretrial Deadlines*.

4

Defendant in this matter. Furthermore, upon information and belief, Lohan has failed to retain new counsel (or has not notified undersigned counsel regarding the retention of new counsel) in accordance with the Court's Order Granting Withdrawal, respond to Plaintiff's discovery requests, or request a second extension of time to do so.

26.   Consequently, the Plaintiff will require responses to the Outstanding Discovery and, as such, Lohan should be compelled to provide complete responses within ten (10) days from the entry of an order granting the Motion or as provided by order of the Court.

27.   Notwithstanding this, the undersigned counsel will attempt to contact Lohan prior to the Pretrial Conference and hearing scheduled on the Motion, in a good faith attempt to confer as required by Fed. R. Bank. P. 7037.  Based on the foregoing, this Motion should be granted.

**WHEREFORE**, Plaintiff, Chad S. Paiva, as Chapter 7 Trustee, respectfully requests the Court enter an Order (i) granting this Motion; (ii) compelling Defendant, Michael Lohan, to provide completely discovery responses within ten (10) days from the entry of an order granting the Motion or as provided by order of the Court; and (iii) for any other relief the Court deems just and proper.

**Respectfully submitted: January 8, 2020.**

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        *Attorneys for the Trustee/Plaintiff*
        200 East Broward Blvd, Suite 1110
        Fort Lauderdale, Florida 33301
        Tel:   (954) 453-8000
        Fax:   (954) 453-8010

        By:   */s/ Joyce A. Delgado*
              Glenn D. Moses, Esq.
              Florida Bar No. 174556
              Barry P. Gruher, Esq.
              Florida Bar No. 960993
              Joyce A. Delgado, Esq.
              Florida Bar No. 1002228

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Motion was served on January 8, 2020 to all registered users through the CM/ECF System as referenced on the attached service list.

By:    /s/ *Joyce A. Delgado*
Barry P. Gruher, Esq.
Florida Bar No. 960993
Joyce A. Delgado, Esq.
Florida Bar No. 1002228

**SERVICE LIST**

*Served Via CM/ECF Notification*

Barry P Gruher on behalf of Plaintiff Chad Paiva, Chapter 7 Trustee
bgruher@gjb-law.com, vlambdin@gjb-law.com;gjbecf@gjb-law.com;cesser@gjb-law.com;chopkins@gjb-law.com

*Served Via U.S. Mail*

Calm Trust, LLC
c/o Michael Lohan
7701 NE Morningside Terrace
Boca Raton, FL 33487

Michael Lohan
7701 NE Morningside Terrace
Boca Raton, FL 33487